IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DELTON RICE                                                                                          PLAINTIFF

v.                                       Case No. 1:21-cv-1033

FIDELITY FIDUCIARY COMPANY, LLC                                                   DEFENDANT

## ORDER

On March 31, 2022, the Court entered an order directing the parties to submit to arbitration. ECF No. 23.  The Court stayed and administratively terminated this case without prejudice to the right of the parties to reopen the proceedings to enforce the arbitrator's decision.  ECF No. 23, p. 5.  On June 13, 2022, Plaintiff commenced an arbitration proceeding with the American Arbitration Association.  Arbitration proceedings progressed until November 30, 2022, at which time Plaintiff moved to dismiss his arbitration case without prejudice.  On December 7, 2022, the arbitrator issued an order dismissing Plaintiff's arbitration case without prejudice.  Defendant now moves the Court to reopen this case for the purpose of enforcing the arbitrator's order and dismissing the case.  ECF No. 24.  Plaintiff has not responded to Defendant's motion, and the time for response has passed.

Upon consideration, the Court finds that Defendant's Motion to Reopen Proceedings and Confirm or Enforce Arbitrator's Order (ECF No. 24) should be and hereby is **GRANTED**.  This case is reopened for the limited purpose of entering this Order.  Further, this case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 2nd day of February, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge